# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161328

RYAN S. NIXON and NIXON FARMS, LLC,
      Plaintiffs-Appellants,

v

                                  SC: 161328
                                  COA: 343505
WEBSTER TOWNSHIP,               Washtenaw CC: 17-000084-CZ
      Defendant-Appellee,

and

FRANK KOLAKOWSKI and SHERRY
KOLAKOWSKI,
      Intervenors-Appellees.

_____/

      On order of the Court, the application for leave to appeal the January 21, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



b1214

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020



                            Clerk